# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| ALBINA PIETRZEK, *et al.*, | No. C 11-01142 LB |
| Plaintiffs, | **ORDER VACATING AUGUST 25, 2011 CASE MANAGEMENT CONFERENCE** |
| v. | |
| TARGET CORPORATION, | |
| Defendant. | |

A further case management conference is scheduled for August 25, 2011 in the above-captioned case. In light of Plaintiffs' pending motion for leave to amend the complaint, the court **VACATES** the case management conference. If it become necessary, the court will reset the case management conference at a later date.

**IT IS SO ORDERED.**

Dated: August 22, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 11-01142 LB
ORDER VACATING CMC