UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ALBINA PIETRZEK, BASCIA MICHALAK, | No. C 11-01142 LB |
| Plaintiffs, | **ORDER REMANDING CASE** |
| v. | |
| TARGET CORPORATION, EXCEL BUILDING SERVICES, LLC, | |
| Defendants. | |

On September 12, 2011, after the court granted leave to amend, Plaintiffs Albina Pietrzek and Bascia Michalak filed an amended complaint. *See* ECF No. 17.[1] The amended complaint is identical to the complaint previously filed as an exhibit to Plaintiff's Motion to Amend. *See* ECF No. 13-2.

As the court ruled when it gave leave to amend, the amended complaint - which adds Excel Building Services, a non-diverse defendant, and makes minimal changes to the factual allegations - destroys federal diversity jurisdiction. ECF No. 17 at 2, ¶ 5, 7. At the hearing the parties agreed, and the court now holds, that the court lacks subject-matter jurisdiction and that remand is appropriate and fair. *See* ECF No. 17 at 2, ¶ 7; ECF No. 16 at 4-5. *Carnegie-Mellon University v. Cohill*, 484 U.S. 343, 351 (1988).

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-01142 LB
ORDER

1   All parties named in the amended complaint have consented to this court's jurisdiction.
2   Accordingly, the court now remands the case to Alameda County Superior Court.
3   **IT IS SO ORDERED.**
4   Dated: February 29, 2012

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

C 11-01142 LB
ORDER                                2